E-FILED
JAN - 9 2014
Document # _____

JS-4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER RAWLINS BRASURE,<br><br>    Petitioner,<br><br>    vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>    Respondent | Case No.: CV 13-5392 PSG<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petitioner for Writ of Habeas Corpus dated January _____, 2014, the PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bring these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254.

**IT IS SO ORDERED.**

Dated this 7th day of January 2014

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Judgment - 1

# NOTICE PARTY SERVICE LIST

Case No. CV 13-5392-PSG                     Case Title  BRASURE -VS- CHAPPELL, Warden

Title of Document  JUDGMENT

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| ✓ | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office, L.A. Death Penalty Coordinator |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Case Processing |
| | Chief Deputy Judicial Services |
| | CJA Supervising Attorney |
| | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
| | Dep in Chg E Div |
| | Dep in Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Managing Attorney, Legal Services Unit |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office  - Civil Division - L.A. |
| | US Attorneys Office  - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |
| | Warden, Central Calif Women's Facility |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

| | |
|---|---|
| Name: | |
| Firm: | |
| Address: | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

**JUDGE/MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  wh

G-75 (03/13)                    NOTICE PARTY SERVICE LIST